1  Jonathan Shub (Bar No. 237708)
   jshub@shublawyers.com
2  **SHUB & JOHNS LLC**
   200 Barr Harbor Drive, Suite 400
3  Conshohocken, Pennsylvania 19428
   Tel: 610-477-8380
4  jshub@shublawyers.com
5  *Attorneys for Plaintiffs*

6

7  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
8  **WEIL, GOTSHAL & MANGES LLP**
   201 Redwood Shores Parkway, 6th Floor
9  Redwood Shores, CA 94065-1134
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100
11 *Attorneys for Defendant SANOFI-AVENTIS U.S. LLC*

12

13

   UNITED STATES DISTRICT COURT
14
   NORTHERN DISTRICT OF CALIFORNIA
15
   OAKLAND DIVISION
16

| | |
|---|---|
| RICHIE ABLAZA, JOHN BARONE, LINDA CHESLOW, BETTY FELLOWS, MICHAEL FALCO, MELISSA ALDRIDGE, and LEE WEINMAN, individually, and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC,<br><br>        Defendant. | Case No. 4:21-cv-01942-JST<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Dept.: Courtroom 6 – 2nd Floor<br>Judge: Honorable Jon S. Tigar |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Richie Ablaza, John Barone, Linda Cheslow, Michael Falco, Betty Fellows, Melissa Aldridge, and Lee Weinman and Defendant Sanofi-Aventis U.S. LLC, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: August 19, 2024                              Respectfully submitted,

                                                    SHUB & JOHNS LLC

                                                    By:  /s/ Jonathan Shub
                                                           JONATHAN SHUB

                                                    Jonathan Shub (Bar No. 237708)
                                                    jshub@shublawyers.com
                                                    **SHUB & JOHNS LLC**
                                                    200 Barr Harbor Drive, Suite 400
                                                    Conshohocken, Pennsylvania 19428
                                                    Tel: 610-477-8380

                                                    *Attorneys for Plaintiffs*

                                                    DAVID R. SINGH (Bar No. 300840)
                                                    david.singh@weil.com
                                                    **WEIL, GOTSHAL & MANGES LLP**
                                                    201 Redwood Shores Parkway, 6th Floor
                                                    Redwood Shores, CA 94065-1134
                                                    Telephone: (650) 802-3000
                                                    Facsimile: (650) 802-3100

                                                    **SIDLEY AUSTIN LLP**

                                                    By:_____
                                                           RANDI SINGER (Bar No. 320587)
                                                    randi.singer@sidley.com
                                                    787 Seventh Avenue
                                                    New York, NY 10019
                                                    Telephone: (212) 839-5300
                                                    Facsimile: (212) 839-5599

                                                    *Attorneys for Defendant*
                                                    *SANOFI-AVENTIS U.S. LLC*

| JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) | CASE NO. 4:21-CV-01942-JST |
|---|---|

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated in the Notice of Electronic Filing.

                                                                     */s/ Jonathan Shub*
                                                                         Jonathan Shub